UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PEDRITO DISLA,

Defendant.

23-cr-00297-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED, that the defendant is remanded to the custody of the United States Marshal.

Dated: June 18, 2026
New York, New York

SO ORDERED.

_Jennifer Rochon_

JENNIFER L. ROCHON
United States District Judge